IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION

| | : | |
|---|---|---|
| **WALTER T. MYERS,** | : | |
| Petitioner | : | |
| | : | |
| v. | : | CASE NO. 6:04-CV-47 (HL) |
| | : | 28 U.S.C. § 2254 |
| | : | |
| **DONALD BARROW, Warden,** | : | |
| | : | |
| Respondent | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 22) filed March 28, 2005 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The objection to the Recommendation filed by the petitioner (Doc. 23) on April 11, 2005 has also been thoroughly read and considered and is found to be without merit.

**SO ORDERED,** this the 7th day of July, 2005.

s/ Hugh Lawson
**HUGH LAWSON, Judge**
**United States District Court**